United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL LOVE,

        Plaintiff,

   v.

CARTWRIGHT HOTEL GROUP, LP, et al.,

        Defendants.

Case No. 20-cv-08916-TSH

**ORDER STAYING CASE**

On April 30, 2021, the Court ordered the parties to meet and confer to determine whether they can stipulate to stay this case pending resolution of three pending Ninth Circuit appeals in similar ADA Reservations Rule cases. ECF No. 36. On May 7 the parties filed a stipulation to stay. ECF No. 37. Good cause appearing, the Court hereby **STAYS** this action. The parties shall file a joint status report within 14 days after the last of the three appeals referenced in the Court's April 30 order has been decided. The Clerk is directed to terminate Defendant Cartwright Hotel's pending motion to dismiss for statistical purposes only.

**IT IS SO ORDERED.**

Dated: May 10, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge